Andrew K. Alper (State Bar No. 088876)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California  90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, PEOPLE'S UNITED
EQUIPMENT FINANCE CORP.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. fka FINANCIAL FEDERAL CREDIT INC., a Texas corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SCOTT WESLEY HALE, an individual; and HOOK SERVICE CRANE & RIGGING, INC., a California corporation,<br><br>                    Defendants. | CASE No. 1:14-cv-01272-JLT<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>**(Doc. 5)** |

Pursuant to the Request for Dismissal filed by Plaintiff PEOPLE'S UNITED EQUIPMENT FINANCE CORP.:

IT IS ORDERED that the Complaint of Plaintiff PEOPLE'S UNITED EQUIPMENT FINANCE CORP. fka FINANCIAL FEDERAL CREDIT INC., a Texas corporation, shall be dismissed <u>without prejudice</u> pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **August 26, 2014**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE